

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ODRC dba Grafton Correctional
25900 Avon-Belden Rd.
Grafton, OH 44044

9590 9402 5930 0049 5774 69

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Dean_    ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*: A. Day SCRAFT
C. Date of Delivery: 6-22-2020

D. Is delivery address different from item 1? ☐ Yes  ☐ No

[JUN 22 2020 USPS stamp]

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     20-1297     Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5930 0049 5774 69

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



Sender: Please print your name, address, and ZIP+4® in this box

ATTN: Clerk of Courts
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113