# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TYANE WASHINGTON,** | ) | **CASE NO. 1:20 CV 1297** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **CMC MINUTES** |
| | ) | |
| **OHIO DEP'T OF REHABILITATION AND CORRECTIONS,** | ) ) | **AND** |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

The Court held a Case Management Conference on October 30, 2020, at which time counsel reported that the parties had settled the case. Accordingly, this case is dismissed with prejudice, each party bearing its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

                                                              /s/ Dan A. Polster    October 30, 2020
                                                            **Dan Aaron Polster**
                                                            **United States District Judge**